**Marquis & Aurbach**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@marquisaurbach.com
  Attorneys for LVMPD Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZETTE BANASIK, and WILLIAM JABLONSKI,<br><br>                        Plaintiffs,<br><br>     vs.<br><br>CLARK COUNTY, NEVADA; DAVID ROGER (in his official capacity as District Attorney for Clark County); LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF DOUGLAS GILLESPIE (individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department); CAPTAIN CHARLES HANK (individually and in his official capacity as Bureau Commander for the Convention Center Area Command);  LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS CONTRERAS (Badge Number 9316), GORIS (Badge Number 7520); FLANNIGAN (Badge Number 3518) and ANDERSON (Badge 6196) (in their individual capacities); and CATHERINE CORTEZ MASTO (in her official capacity as Attorney General of Nevada),<br><br>                        Defendants. | Case No.:     2:09-cv-01242-LDG-GWF |

**JOINT STATUS REPORT**

Pursuant to the United States District Court's October 14, 2010 Minute Order (Docket #48), Defendants, Sheriff Douglas Gillespie ("Gillespie"), Captain Charles Hank ("Hank"), Officer Contreras ("Contreras"), Officer Goris ("Goris"), Officer Cora Flanagan ("Flanagan"), Officer Anderson ("Anderson"), and the Las Vegas Metropolitan Police Department ("LVMPD") (collectively "LVMPD Defendants"), by and through their attorney of record, Nick

D. Crosby, Esq., with the law firm of Marquis & Aurbach; Plaintiffs, Suzette Banasik and William Jablonski, by and through their attorney of record, Allen Lichtenstein, Esq., with the ACLU of Nevada; Clark Count and David Roger, by and through their attorney of record, Robert Gower, Esq.; and the State of Nevada by and through its attorney of record, Catherine Cortez Masto provide the following status report:

I. **PENDING MOTIONS AND/OR OTHER MATTERS WHICH REQUIRE THE ATTENTION OF THIS COURT.**

None.  The Parties are discussing resolution.  Further, the County has submitted the agreed-upon, proposed changes to the Clark County Code for introduction for the Board of County Commission meeting scheduled on November 3, 2010.  Thereafter, the expectation is that a public hearing on the proposed amendments to the Clark County Code will be held on November 16, 2010.

II. **STATEMENT BY COUNSEL OF ACTION REQUIRED TO BE TAKEN BY THIS COURT.**

None.

Dated this __ day of October, 2010.

/s/ Nick D. Crosby, Esq.
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada  89145
Attorney(s) for City of North Las Vegas

/s/ Margaret A. McLetchie, Esq.
Margaret A. McLetchie
Allen Lichtenstein
ACLU of Nevada
732 S. Sixth Street, Ste. 200A
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

/s/ Robert Gower, Esq.
Robert Gower
Nevada Bar No. 1868
500 S.Grand Central Parkway
Las Vegas, NV 89106
Attorney for Clark County, Nevada
and District Attorney David Roger.

/s/ Wayne Howle, Esq.
CATHERINE CORTEZ MASTO
Attorney General for the State of Nevada
C. Wayne Howle
Solicitor General
Nevada State Bar No. 3443
100 N. Carson Street
Carson City, Nevada 89701

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:05166-399 1181370_1.DOC 10/28/2010 3:32 PM