# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUZETTE BANASIK and WILLIAM JABLONSKI, | 2:09-cv-01242-LDG-GWF |
| Plaintiff, | |
| v. | |
| CLARK COUNTY, NEVADA, et al., | |
| Defendants. | |

In the court-ordered joint status report filed May 6, 2011, the parties indicated that no action was required to be taken by the court because "Plaintiffs' counsel and LVMPD discussed reaching specific steps towards a resolution of this matter in December, 2010. Plaintiffs' counsel is preparing its suggested training areas/issues." Given that fifteen months have passed since the parties' representation and no further action has been taken in the case,

THE COURT HEREBY ORDERS that the parties shall file a joint status report on or before September 1, 2012, regarding the progress of this action.

DATED this 10 day of August, 2012.

_____
Lloyd D. George
United States District Judge