**Marquis Aurbach Coffing**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
    Attorneys for LVMPD Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZETTE BANASIK, and WILLIAM JABLONSKI,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>CLARK COUNTY, NEVADA; DAVID ROGER (in his official capacity as District Attorney for Clark County); LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF DOUGLAS GILLESPIE (individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department); CAPTAIN CHARLES HANK (individually and in his official capacity as Bureau Commander for the Convention Center Area Command);  LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS CONTRERAS (Badge Number 9316), GORIS (Badge Number 7520); FLANNIGAN (Badge Number 3518) and ANDERSON (Badge 6196) (in their individual capacities); and CATHERINE CORTEZ MASTO (in her official capacity as Attorney General of Nevada),<br><br>                              Defendants. | Case No.:      2:09-cv-01242-LDG-GWF |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Defendants, Sheriff Douglas Gillespie, Captain Charles Hank, Officer Contreras, Officer Goris, Officer Cora Flanagan, Officer Anderson, and the Las Vegas Metropolitan Police Department (collectively "LVMPD Defendants"), by and through their attorney of record, Nick D. Crosby, Esq., with the law firm of Marquis Aurbach Coffing; Plaintiffs, Suzette Banasik and William Jablonski, by and through their attorney of record, Allen Lichtenstein, Esq., with the

M&A:05166-399 1775195_1 8/31/2012 11:31 AM

ACLU of Nevada; Clark County and David Roger, by and through their attorney of record, Robert Gower, Esq.; and the State of Nevada by and through its attorney of record, Catherine Cortez Masto agree and stipulate as follows:

IT IS STIPULATED that the above-entitled action is hereby dismissed with prejudice.

IT IS FURTHER STIPULATED that each party will bear its own attorney fees and costs.

Dated this 31st day of August, 2012.

/s/ Nick D. Crosby, Esq.
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for LVMPD Defendants

/s/ Allen Lichtenstein, Esq.
Allen Lichtenstein, Esq.
ACLU of Nevada
732 S. Sixth Street, Ste. 200A
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

/s/ Robert Gower, Esq.
Robert Gower, Esq.
Nevada Bar No. 1868
500 S.Grand Central Parkway
Las Vegas, NV 89106
Attorney for Clark County, Nevada and former District Attorney David Roger

/s/ C. Wayne Howle, Esq.
CATHERINE CORTEZ MASTO
Attorney General for the State of Nevada
C. Wayne Howle, Esq.
Solicitor General
Nevada State Bar No. 3443
100 N. Carson Street
Carson City, Nevada 89701

**ORDER**

United States District Court, District of Nevada Case No. 2:09-cv-01242-LDG-GWF is hereby dismissed with prejudice. Each party will bear its own attorney fees and costs.

IT IS SO ORDERED this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816